Official Website of the New Jersey Judiciary Court System
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 



 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 Notice: JavaScript is not enabled. Please Enable JavaScript.
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 SELF-HELP CENTER
 ATTORNEYS
 PAY MUNICIPAL CASE
 JURORS
 COURTS
 PUBLIC/MEDIA
 
 
 
 
 
 
 
 
 
 
 
 
 English
 español
 
 
 
 
 Previous
 Next 
 
 
 
 
 
 
 
 
 The NJ Courts are using new technology and creative solutions to ensure an open door to justice. Visit our COVID-19 information page for the latest updates on our court operations.
 
 
 The New Jersey Courts resumed some in-person court services on Monday, June 22. A small number of judges and court staff are working on-site each day. The rest continue to work remotely to ensure safe distancing can be maintained.
 Courthouses and court facilities are open only to attorneys, litigants, and members of the public with scheduled proceedings or appointments. While the courts are conducting most matters remotely, judges can schedule an in-person proceeding based on the facts and circumstances in any case. 
 Contact the court if you have questions about filing emergent applications or about a scheduled hearing, motion, conference, or other matter.
 Obtenga ayuda     |   
 Mande Èd     |     도움을 받으세요    |    Pomoc    |    Obter Ajuda
 For more information about COVID-19 coronavirus, visit https://covid19.nj.gov/ or NJ.gov/health or call the 24-hour public hotline at 1-800-222-1222
 
 
 
 
 
 
 
 What to Expect at the Courthouse 
 
 
 Safety Precautions for Entering Court Buildings (Video)
 Plan for Resuming Jury Trials
 Notice and Order - COVID-19 - Seventh Omnibus Order on Court Operations and Legal Practice 
 Notice and Order - COVID-19 - Landlord/Tenant - Amendment of Summons and Complaint Forms (Rules Appendices); Rule
 Relaxations; Orders to Show Cause 
 Notice and Order - COVID-19 - Requirement that All Persons in Judiciary Facilities for Judiciary Business Wear Masks or Face Coverings and Maintain Social Distancing
 Notice - New Jersey Courts Post-Pandemic Plan - Transition from Phase 1 to Phase 2
 
 
 
 
 
 
 COVID-19 Guidance for Attorneys and Litigants 
 
 
 How to Submit Court Forms and Documents (Video)
 NJ Courts – Events Guidance
 Virtual Grand Jury Pilot Program (PowerPoint Presentation)
 Notice and Order – Virtual Grand Jury Pilot Program – Expansion to State Grand Jury 
 Notice and Order – COVID-19 – Electronic Filing in eCourts and the Judiciary Electronic Document Submission (JEDS) System – Attorneys Required to File in eCourts Where Available 
 All Covid-19 Notices 
 
 
 
 
 
 
 Supreme Court Outlines Action Plan for Equal Justice 
 
 
 Read the Action Plan
 Read the Release
 
 
 
 
 
 
 Landlord/Tenant Services and Resources 
 
 
 Landlord/Tenant Seminar Series Dates 
 Judiciary Initiative Provides Outreach for Landlords and Tenants During Health Crisis
 Notice and Order - COVID-19 - Landlord/Tenant - Amendment of Summons and Complaint Forms (Rules Appendices); Rule Relaxations; Orders to Show Cause
 Supreme Court Issues Landlord/Tenant Protections During Pandemic 
 
 
 
 
 
 
 Previous Next 
 
 
 
 
 
 
 
 
 
 How Do I Find...?
 
 ADA Accommodations
 Job Opportunities
 Law Clerk Recruitment
 Opinions
 Licensed Attorneys
 My County Court
 Directions
 Court Records
 Directories
 Volunteer Opportunities
 
 
 
 COVID-19 Resources
 
 Domestic Violence Help 
 
 Submit Court Documents Online (JEDS)
 Paying Child Support 
 Scheduled Court Events 
 Jury Service
 Tax Appeals
 Judiciary Personnel Remote Login
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 Mission Statement
 
 We are an independent branch of government constitutionally
 entrusted with the fair and just resolution of disputes in order
 to preserve the rule of law and to protect the rights and
 liberties guaranteed by the Constitution and laws of the United
 States and this State.
 
 
 
 
 
 
 Essential Links
 
 
 
 Home
 Accessibility
 Fair Treatment
 Interpreting Services
 
 
 
 
 eCATS
 For Judges
 P-Synch Reset
 Citrix
 
 
 
 
 Contact Us
 Quick Links
 Privacy Policy
 State of NJ Website
 
 
 
 
 
 
 
 
 
 Copyright © 2018 All Rights Reserved by New Jersey Judiciary.
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 HOME
 SELF-HELP CENTER
 ATTORNEYS
 PAY TRAFFIC TICKET
 JURORS
 COURTS
 PUBLIC/MEDIA